13807.   MORRIS *et al.* v. THE STATE.

LUKE, J.   The defendants were convicted of maintaining a lewd house.
One of the special grounds of the motion for a new trial complains of the
following charge of the court: " It is not necessary that the State
should show any particular act of fornication or adultery to have been
committed, if the evidence, either directly or indirectly or circumstan-
tially, is such as to satisfy the jury that the house was kept and main-
tained as a lewd house." This ground does not show reversible error.
See *Fitzgerald* v. *State,* 10 *Ga. App.* 71, 76 (5) (72 S. E. 541). The
other assignments of error are likewise without merit; and, there being
evidence to support the verdict of guilty, which has the approval of the
trial judge, this court will not interfere with the judgment overruling
the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 12, 1922.

Accusation of maintaining lewd house; from city court of Bax-
ley — Judge Lawrence.

*J. B. Moore, H. Roy Lang, H. L. Williams,* for plaintiffs in
error.

*C. H. Parker, solicitor,* contra.